# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | Case No. 22-mj-00115-KLM |
| ) | |
| v. ) | |
| ) | |
| TORY SHANE SMART, ) | |
| *Defendant(s)* ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about July 2, 2022, in the State and District of Colorado, TORY SHANE SMART violated:

*Code Section*          *Offense Description*
18 U.S.C. § 922(g)(1)          Prohibited Person in Possession of Firearm/Ammunition
21 U.S.C. § 841(a)(1), (b)(1)(C)          Possession with intent to distribute a controlled substance

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

X   Continued on attached sheet.

/s John Dalen Bunch
*Complainant's signature*

U.S. Forest Service Special Agent John Dalen Bunch
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: **03 Jul 2022**

*Judge's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado