| | |
|---|---|
| DEFENDANT: | TORY SHANE SMART |
| YOB/AGE: | 1982 |
| COMPLAINT FILED? | _____ Yes    ___x___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| OFFENSE(S): | (1) 18 U.S.C. § 922(g)(1), Prohibited Person in Possession of Firearm/Ammunition<br>(2) 21 U.S.C. § 841(a)(1), (b)(1)(C), Possession with intent to distribute a controlled substance |
| LOCATION OF OFFENSE: | Routt County, Colorado |
| PENALTY: | (1) NMT 10 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.<br>(2) NMT 20 years' imprisonment; NMT $1,000,000 fine; NLT 3 years SR; NMT life SR; $100 SA |
| AGENT: | United States Forest Service SA John Dalen Bunch |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less _____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.