IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-mj-00115-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TORY SHANE SMART,

       Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ David E. Johnson
       DAVID E. JOHNSON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       David_johnson@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2022, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

      Andrea L. Surratt, Assistant United States Attorney
      E-mail:  andrea.surratt@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

      Tory Shane Smart (via U.S. mail)

                                      s/ David E, Johnson
                                      DAVID E. JOHNSON
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      David_johnson@fd.org
                                      Attorney for Defendant